# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| W.R. and her son, A.R., by and through his mother, W.R.;<br>        Plaintiffs<br>    v.<br>JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); KIRSTJEN NIELSEN, Secretary of DHS; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); THOMAS HOMAN, Acting Director of ICE; PATRICK CONTRERAS, Director, ICE Field Office for Enforcement Removal Operations in Houston, Texas; U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); KEVIN K. MCALEENAN, Acting Commissioner of CBP; U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); L. FRANCIS CISSNA, Director of USCIS; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS"); ALEX AZAR, Secretary of the Department of Health and Human Services; OFFICE OF REFUGEE RESETTLEMENT ("ORR"); SCOTT LLOYD, Director of the Office of Refugee Resettlement; BCFS; KEVIN DINNIN, President and CEO of BCFS; and PEDRO MARTINEZ, Administrator on Duty BCFS Baytown.<br>        Defendants. | Civil Action No. 18-cv-11380<br><br>**ASSENTED-TO MOTION TO WITHDRAW PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

**ASSENTED-TO MOTION TO WITHDRAW PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff, W.R., on behalf of herself and her son A.R. ("Plaintiffs"), respectfully withdraws the Motion for Emergency Temporary Restraining Order and Preliminary Injunction (Dkt. No. 5) filed on June 29, 2018. The relief Plaintiffs sought in the previously-filed Motion is no longer necessary as a result of the reunification of the Plaintiffs on July 14, 2018.

Dated: July 16, 2018

Respectfully submitted,

Plaintiffs W.R. and her son, A.R., by and through his mother, W.R.,

By their attorneys,

*/s/ Lucy Heenan Ewins*
Vinita Ferrera (BBO 631190)
Lisa J. Pirozzolo (BBO 561922)
Lucy Heenan Ewins (BBO 682794)
Jocelyn M. Keider (BBO 694801)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Vinita.Ferrera@wilmerhale.com
Lisa.Pirozzolo@wilmerhale.com
LucyHeenan.Ewins@wilmerhale.com
Jocelyn.Keider@wilmerhale.com

Oren Sellstrom (BBO 569045)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND ECONOMIC JUSTICE
61 Batterymarch 5th Floor
Boston MA 02110
Tel: (617) 988-0624
Fax: (617) 482-4392
osellstrom@lawyerscom.org

*Of Counsel:*
Ivan Espinoza-Madrigal (*pro hac vice*)
Oren Nimni (BBO 691821)

LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND
ECONOMIC JUSTICE
61 Batterymarch 5th Floor
Boston MA 02110
Tel: (617) 988-0624
Fax: (617) 482-4392
iespinoza@lawyerscom.org
onimni@lawyerscom.org

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), and Federal Rule of Civil Procedure 37(a), the parties met and conferred in a good faith effort to resolve or narrow the issues presented by this motion. Defendants assent to this motion.

*/s/ Lucy Heenan Ewins*
Lucy Heenan Ewins

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing on July 16, 2018.

*/s/ Lucy Heenan Ewins*
Lucy Heenan Ewins